

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00485-CV

**IN THE INTEREST OF A.R.P.,** a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0449-CV-A
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Counsel's motion to withdraw is DENIED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED November 28, 2018.

_____
Marialyn Barnard, Justice